UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BLANCA M. LEON,<br><br>                                    Plaintiff,<br><br>v.<br><br>WASHOE COUNTY DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>                                    Defendants. | Case No. 3:12-cv-00079-MMD-WGC<br><br>ORDER |

Plaintiff sent a copy of the attached letter to the Court. Plaintiff is admonished that *ex parte* communications with a judge are inappropriate in most circumstances. *See* Local Rules, Part II, LR 7-6. Moreover, a document requesting a Court order must be styled as a motion, not a letter (*see* F.R.C.P. 7). Letters to a judge will be disregarded. The Court will not take any action in response to the letter.

DATED THIS 9th day of May 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

May 5, 2014

Honorable Judge Miranda Du
U.S. District Court
District of Nevada
400 South Virginia St. Room 301
Reno, NV 89501

Honorable Judge Du:

I received summons for persons employed by Washoe County I am suing. Unfortunately some of them are no longer employed by Washoe County and I contacted the Director of Human Resources with Washoe County and he said he would not be able to help me serve these individuals.

I am respectfully asking for your assistance obtaining an attorney to represent me. I came to the United States District Court because I could not find an attorney to represent me in Reno. I am not able to go against Washoe County alone and I need representation.

Respectfully,

*Blanca Bonazzi Bonaca AKA LEON*
Blanca M Leon
Now Blanca Bonazzi Bonaca
Case 3:12-cv-00079-MMD-WGC

Blanca Bonazzi Bonaca (CSON)
17 Chianti Way
Reno, NV 89512

RENO NV 895
06 MAY 2014 PM 3 L

Honorable Judge Miranda Du
U.S. District Court
400 S. Virginia St, Room 301
Reno, NV 89501