UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BLANCA M. LEON,<br><br>                Plaintiff,<br>    v.<br><br>WASHOE COUNTY DEPARTMENT OF SENIOR SERVICES, et al.,<br><br>                Defendants. | Case No. 3:12-cv-00079-MMD-WGC<br><br>ORDER |

This action was filed on February 9, 2012. On September 4, 2014, the Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by October 4, 2015. (Dkt. no. 15.) On October 14, 2014, the Court gave plaintiff a 45-day extension to file proof of service. (Dkt. no. 19.) In that Order, the Court indicated that failure to file proof of service within the granted extension may result in dismissal of this action without prejudice. To date, no proof of service has been filed. Accordingly, it is ordered, adjudged and decreed that this action be dismissed without prejudice.

DATED THIS 31st day of March 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE